JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKY'S IRON DOORS LLC., a California limited liability company,<br><br>          Plaintiffs,<br><br>    v.<br><br>ARCHITECTURAL TESTING, INC., a Pennsylvania corporation; INTERTEK TESTING SERVICES, NA, INC., a New York corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO: 8:25-cv-01455-JVS-KES<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [34]** |

Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the above-captioned action is hereby dismissed with prejudice. Each party to bear their own cost and fees. The court retains full jurisdiction over this action and this Order.

Dated:  July 10, 2026

_____
Hon. James V. Selna
United States District Judge

-1-
*ORDER*